# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 443 WAL 2015
:
        Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
JAMES EDMONDS, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.